[No. 23400–5–I.   Division One.   April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY L. SWEENEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88–1–00367–2, Marshall Forrest, J.,

entered November 30, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster and Baker, JJ.